# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daryl H. Burge <br>                 Debtor(s) <br><br> Toyota Motor Credit Corporation, its successors and/or assigns <br>                 Movant <br>    vs. <br> Daryl H. Burge <br>                 Debtor(s) <br><br> Frederick L. Reigle Esq. <br>                 Trustee | CHAPTER 13 <br><br><br> NO. 18-11464 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Toyota Motor Credit Corporation, which was filed with the Court on or about **March 30, 2018 ; Docket #13.**

                                          Respectfully submitted,

                                          **/s/ Kevin G. McDonald, Esquire**
                                          Kevin G. McDonald, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          412-430-3594

September 11, 2018