*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Daryl H. Burge
    Debtor(s)

Case No: 18–11464–ref

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Application for Compensation for BRENNA HOPE MENDELSOHN, Debtor's Attorney, Fee: $4,600.00, Expenses: $0.00. Filed by BRENNA HOPE MENDELSOHN

    on: 11/8/18

    at: 09:30 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Date: 10/15/18

For The Court

Timothy B. McGrath
Clerk of Court

29 – 22
Form 167