UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Daryl H. Burge, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Bankruptcy No. 18-11464-ref |
| | : | |

## ORDER

AND NOW, upon consideration of the Application for Allowance of Compensation Pursuant to Section 330 of the United States Bankruptcy Code ("Application").

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,600.00, of which $600.00 was received pre-petition.

BY THE COURT

11/8/18

_____
Richard E. Fehling
U.S. Bankruptcy Judge