IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | | |
|---|---|---|
| IN RE: | : | |
| DARYL H. BURGE | : | BK. No. 18-11464-ref |
| **Debtor** | : | |
| | : | Chapter No. 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS | : | |
| TRUSTEE, SUCCESSOR IN INTEREST TO | : | |
| WACHOVIA BANK, NATIONAL | : | |
| ASSOCIATION, AS TRUSTEE FOR GSMPS | : | |
| MORTGAGE LOAN TRUST 2004-3 | : | 11 U.S.C. §362 AND §1301 |
| **Movant** | : | |
| v. | : | |
| DARYL H. BURGE | : | |
| BEVERLY M BURGE (Non-filing Co-Debtor) | : | |
| **Respondents** | | |

AMENDED NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST 2004-3** has filed a Motion for Relief from the Automatic Stay and Co-Debtor Stay with the Court to permit **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST 2004-3** to Foreclose on **817 NORTH 11TH ST, READING, PA 19602 N/K/A 817N 11TH STREET, READING, PA 19604-2403**.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before December 27, 2018 you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

    Clerk's Office, U.S. Bankruptcy Court
    The Madison Building, Suite 300
    400 Washington Street
    Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the Movant's attorney:

      PHELAN HALLINAN DIAMOND & JONES, LLP
      1617 JFK Boulevard, Suite 1400
      One Penn Center Plaza
      Philadelphia, PA  19103

  2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable RICHARD E. FEHLING on January 3, 2019 at 09:30 AM, in Courtroom 1, United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, PA 19601.  Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P 9014(d).

  4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.


December 12, 2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | | |
|---|---|---|
| IN RE: | : | |
| DARYL H. BURGE | : | BK. No. 18-11464-ref |
| **Debtor** | : | |
| | : | Chapter No. 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS | : | |
| TRUSTEE, SUCCESSOR IN INTEREST TO | : | |
| WACHOVIA BANK, NATIONAL | : | |
| ASSOCIATION, AS TRUSTEE FOR GSMPS | : | |
| MORTGAGE LOAN TRUST 2004-3 | : | 11 U.S.C. §362 AND §1301 |
| **Movant** | : | |
| v. | : | |
| DARYL H. BURGE | : | |
| BEVERLY M BURGE (Non-filing Co-Debtor) | : | |
| **Respondents** | | |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Motion of **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST 2004-3** for Relief from the Automatic Stay and Co-Debtor Stay and Notice of Hearing by electronic means on December 12, 2018.

WILLIAM MILLER*R
(INTERIM CHAPTER 13 TRUSTEE)
2901 ST. LAWRENCE AVENUE, SUITE 100
READING, PA 19606

BRENNA HOPE MENDELSOHN, ESQUIRE
MENDELSOHN & MENDELSOHN, PC
637 WALNUT STREET
READING, PA 19601

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

BEVERLY M. BURGE
817 N. 11TH STREET
READING, PA 19604

DARYL H. BURGE
817 N. 11TH STREET
READING, PA 19604

BEVERLY M. BURGE
817 NORTH 11TH ST
READING, PA 19602

DARYL H. BURGE
817 NORTH 11TH ST
READING, PA 19602

DARYL H. BURGE
817N 11TH STREET
READING, PA 19604-2403

BEVERLY M. BURGE
817N 11TH STREET
READING, PA 19604-2403

<u>/s/ Thomas Song, Esquire</u>
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616

December 12, 2018                Email: Thomas.Song@phelanhallinan.com