**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSLYVANIA**

In re: Daryl H. Burge                                                                 Chapter 13

     Debtor                                                                         Case Number: 18-11464-REF

**ADDENDUM TO SECOND AMENDED PLAN**

Debtor, by and through his attorney, Brenna H. Mendelsohn, Esq. and Mendelsohn & Mendelsohn, P.C. hereby files this addendum to the Second Amended Plan as follows:

Paragraph below should read:

§ 2(a)(2)  **Amended Plan:**
    **Total Base Amount** to be paid to the Chapter 13 Trustee (Scott Waterman) $ 32,666.14.
The Plan payments by Debtor shall consists of the total amount previously paid ($4852.95) added to the new monthly Plan payments in the amount of $500.00 beginning April 2019 and continuing for 47 months and in March 2023 $4,313.19 for month1 month.

Dated: April 2, 2019                                                                 Respectfully submitted:

                                                                                                  */s/ Brenna H. Mendelsohn, Esq.*
                                                                                                  Attorney for Debtor