United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daryl H. Burge  
    Debtor

Case No. 18-11464-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Apr 12, 2019  
                        Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2019.  
14293664       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,  
          Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:  
        BRENNA HOPE MENDELSOHN    on behalf of Debtor Daryl H. Burge tobykmendelsohn@comcast.net  
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al. paeb@fedphe.com  
        JODI L. HAUSE    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al. jodi.hause@phelanhallinan.com, paeb@fedphe.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Corporation bkgroup@kmllawgroup.com  
        MARIO J. HANYON    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al. paeb@fedphe.com  
        SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com  
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al. paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                                                 TOTAL: 10

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-11464-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Daryl H. Burge
817 N. 11th Street
Reading PA 19604

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/12/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 1: Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 | Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/14/19

Tim McGrath
**CLERK OF THE COURT**