# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Daryl H. Burge                :    Chapter 13
        Debtor          :    Bankruptcy No. 18-11464-ref

## **ORDER**

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that the Second Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

**Date: April 16, 2019**

_____
Richard E. Fehling
United States Bankruptcy Judge