United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daryl H. Burge  
       Debtor

Case No. 18-11464-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Apr 15, 2019  
                Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.
```
db          +Daryl H. Burge,    817 N. 11th Street,    Reading, PA 19604-2403
cr          +SPECIALIZED LOAN SERVICING LLC,    .,   8742 Lucent Blvd, Suite 300,
              Highlands Rnach, CO 80129-2386
cr          +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
cr          +Toyota Motor Corporation,    c/o Steven B. Kantrowitz, Esq,    1760 Market Street, Suite 900,
              Philadelphia, PA 19103-4121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2019 at the address(es) listed below:
```
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Daryl H. Burge tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al.
               paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al.
               jodi.hause@phelanhallinan.com, paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Corporation bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al.
               paeb@fedphe.com
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association, As Trustee et.
               al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:  Daryl H. Burge,** | : | Chapter 13 |
| | : | |
| **Debtor** | : | |
| | : | Bankruptcy No. 18-11464-ref |
| | : | |

### ORDER

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,00.00 as legal fees from 11/26/18-3/22/19.

BY THE COURT

**Date: April 15, 2019**

_____
Richard E. Fehling
U.S. Bankruptcy Judge