*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Daryl H. Burge
    Debtor(s)

Case No: 18–11464–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Debtor's Response to

Certification of Default of
Stipulation in Settlement of
the Motion for Relief from the Automatic Stay
filed by Specialized Loan Servicing, LLC
as Servicer for GSMPS Mortgage Loan Trust 2004–3,
U.S. Bank National Association, as Trustee,
Successor in Interest to Wachovia Bank, National Association, as Trustee
represented by KERI P. EBECK (Counsel)

    on: 11/21/19

    at: 11:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  10/25/19

Timothy B. McGrath
Clerk of Court