United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daryl H. Burge  
     Debtor

Case No. 18-11464-elf  
Chapter 13

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: John                 Page 1 of 2                  Date Rcvd: Oct 25, 2019
                              Form ID: 167               Total Noticed: 9
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db             +Daryl H. Burge,    817 N. 11th Street,    Reading, PA 19604-2403
cr             +GSMPS Mortgage Loan Trust 2004-3,    14841 DALLAS PKWY SUITE 425,    Dallas, TX 75254-8067
cr             +SPECIALIZED LOAN SERVICING LLC,    .,    8742 Lucent Blvd, Suite 300,
                 Highlands Rnach, CO 80129-2386
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             +Toyota Motor Corporation,     c/o Steven B. Kantrowitz, Esq,    1760 Market Street, Suite 900,
                 Philadelphia, PA 19103-4121
14293664       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14078896        U.S. Bank National Association, As Trustee et. al.,    Phelan Hallinan Diamond & Jones, LLP,
                 1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103
14082511        U.S. Bank National Association, as Trustee ET AL.,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
14067896       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                 Frederick, MD 21701)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14293665*      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14306126*      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14306526*      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
                                                                                           TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Daryl H. Burge tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor   U.S. Bank National Association, As Trustee et. al.
               paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor   U.S. Bank National Association, As Trustee et. al.
               jodi.hause@phelanhallinan.com, paeb@fedphe.com
              KERI P EBECK    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR GSMPS
               MORTGAGE LOAN TRUST 2004-3, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO
               WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Corporation bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor   U.S. Bank National Association, As Trustee et. al.
               paeb@fedphe.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
```

```
District/off: 0313-4          User: John                 Page 2 of 2                   Date Rcvd: Oct 25, 2019
                              Form ID: 167               Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al. paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

        TOTAL: 12

Case 18-11464-elf    Doc 67    Filed 10/27/19    Entered 10/28/19 00:50:18    Desc Imaged
Certificate of Notice    Page 2 of 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Daryl H. Burge
    Debtor(s)

Case No: 18−11464−elf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Debtor's Response to

Certification of Default of
Stipulation in Settlement of
the Motion for Relief from the Automatic Stay
filed by Specialized Loan Servicing, LLC
as Servicer for GSMPS Mortgage Loan Trust 2004−3,
U.S. Bank National Association, as Trustee,
Successor in Interest to Wachovia Bank, National Association, as Trustee
represented by KERI P. EBECK (Counsel)

on: 11/21/19

at: 11:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  10/25/19

Timothy B. McGrath
Clerk of Court

66 – 64, 65
Form 167