IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DARYL H. BURGE,<br>         Debtor<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR GSMPS MORTGAGE LOAN TRUST 2004-3, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE,<br>         Movant<br>    v.<br><br>DARYL H. BURGE and<br>SCOTT F. WATERMAN, Chapter 13 Trustee,<br>         Respondents | Bankruptcy No. 18-11464-elf<br><br>Chapter 13<br><br>Document No. 64, 65, 66 |

**PRAECIPE TO RELIST HEARING ON CERTIFICATION OF DEFAULT OF STIPULATION IN SETTLEMENT OF THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, comes Movant, Specialized Loan Servicing, LLC as Servicer for GSMPS Mortgage Loan Trust 2004-3, U.S. Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association, as Trustee, by and through its undersigned counsel, Bernstein-Burkley, P.C., and, files this *Praecipe to Relist Hearing on Certification of Default of Stipulation in Settlement of the Motion for Relief from the Automatic Stay* (the "Praecipe"), stating as follows:

1. On October 23, 2019, Movant filed a Certification of Default of Stipulation in Settlement of the Motion for Relief from the Automatic Stay at Docket No. 64.

2. On October 24, 2019, Daryl H. Burge (the "Debtor") filed a *Response to Certification of Default of Stipulation in Settlement of the Motion for Relief from the Automatic Stay* (the "Response") at Docket No. 65.

3. On October 27, 2019, a Hearing was set on the Certification of Default of Stipulation in Settlement of the Motion for Relief from the Automatic Stay. The Hearing was scheduled for November 21, 2019.

4. On January, 2020, the matter was marked as settled and the Court set a deadline of February 8, 2020 for a stipulation to resolve the Certification of Default of Stipulation in Settlement of the Motion for Relief from the Automatic Stay.

## RELIEF REQUESTED

5. Movant now requests that this Honorable Court relist the hearing on the Certification of Default of Stipulation in Settlement of the Motion for Relief from the Automatic Stay for Thursday, May 7, 2020 at 11:00 am.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel For Specialized Loan Servicing, LLC as Servicer for GSMPS Mortgage Loan Trust 2004-3, U.S. Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association, as Trustee*

Dated: April 7, 2020