IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DARYL H. BURGE,<br>       Debtor<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR GSMPS MORTGAGE LOAN TRUST 2004-3, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE,<br>       Movant<br>  v.<br><br>DARYL H. BURGE and<br>SCOTT F. WATERMAN, Chapter 13 Trustee,<br>       Respondents | Bankruptcy No. 18-11464-elf<br><br>Chapter 13<br><br>Document No. 64, 65, 66 |

## NOTICE OF HEARING DATE

      Specialized Loan Servicing, LLC as Servicer for GSMPS Mortgage Loan Trust 2004-3, U.S. Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association, as Trustee has filed a Praecipe to Relist Hearing on the Certification of Default of Stipulation in Settlement of the Motion for Relief from the Automatic Stay filed on October 23, 2019 at Docket No. 64.

A hearing on the Certification of Default is scheduled to be held before the Honorable Patricia M. Mayer on **May 7, 2020 at 11:00 A.M.** in Gateway Building, 201 Penn St., 4th Floor Courtroom, Reading, PA 19601.

        Respectfully submitted,

        BERNSTEIN-BURKLEY, P.C.

        By: /s/ Keri P. Ebeck
        Keri P. Ebeck, Esq.
        PA I.D. #91298
        kebeck@bernsteinlaw.com
        707 Grant Street
        Suite 2200, Gulf Tower
        Pittsburgh, PA 15219
        Phone (412) 456-8112

*Counsel For Specialized Loan Servicing, LLC as Servicer for GSMPS Mortgage Loan Trust 2004-3, U.S. Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association, as Trustee*