IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DARYL H. BURGE,<br>       Debtor<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR GSMPS MORTGAGE LOAN TRUST 2004-3, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE,<br>       Movant<br>   v.<br><br>DARYL H. BURGE and<br>SCOTT F. WATERMAN, Chapter 13 Trustee,<br>       Respondents | Bankruptcy No. 18-11464-elf<br><br>Chapter 13<br><br>Document No. 64, 65, 66 |

CERTIFICATE OF SERVICE

       I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 7th day of April, 2020, I served a copy of the Praecipe to Relist Hearing on the Certification of Default of Stipulation in Settlement of the Motion for Relief from the Automatic Stay and the Notice of Hearing by electronic mail at the following addresses and service by CM/ECF electronic notification on all parties registered to receive electronic notification:

Brenna Hope Mendelsohn
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601
610-374-8088
Fax : 610-478-1260
tobykmendelsohn@comcast.net

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ecfmail@readingch13.com

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel For Specialized Loan Servicing, LLC as Servicer for GSMPS Mortgage Loan Trust 2004-3, U.S. Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association, as Trustee*