```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                             Case No. 18-11464-pmm
Daryl H. Burge                                                     Chapter 13
            Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0313-4          User: ChrissyW              Page 1 of 2                  Date Rcvd: Apr 09, 2020
                              Form ID: pdf900             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
db             +Daryl H. Burge,    817 N. 11th Street,    Reading, PA 19604-2403
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr             +GSMPS Mortgage Loan Trust 2004-3,    14841 DALLAS PKWY SUITE 425,    Dallas, TX 75254-8067
cr             +SPECIALIZED LOAN SERVICING LLC,    .,   8742 Lucent Blvd, Suite 300,
                 Highlands Rnach, CO 80129-2386
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14067891       +Capital ONe,    PO BOX 15298,   Wilmington, DE 19850-5298
14187458       +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
14067893        Peter Wagner Esq,    1617 JFK Blvd, suite 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103
14293664       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14083964       +Toyota Motor Corporation,    c/o Steven B. Kantrowitz, Esq,    1760 Market Street, Suite 900,
                 Philadelphia, PA 19103-4121
14067894       +Toyota Motor Credit,    240 Gibraltar Road, Ste 260,    Horsham, PA 19044-2387
14067895       +Toyota Motor Credit Co,    PO BOX 9786,   Cedar Rapids, IA 52409-0004
14083979       +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
14078896        U.S. Bank National Association, As Trustee et. al.,     Phelan Hallinan Diamond & Jones, LLP,
                 1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103
14082511        U.S. Bank National Association, as Trustee ET AL.,     Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,    Eagan MN 55121-7700
14067896      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court:   Wells Fargo Home Mortgage,    8480 Stagecoach Circile,
                 Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2020 04:50:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 10 2020 04:50:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14067892       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 10 2020 04:49:55      IRS,   PO BOX 7346,
                 Philadelphia, PA 19101-7346
14102550       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 10 2020 04:50:37       MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Toyota Motor Corporation,    c/o Steven B. Kantrowitz, Esq,    1760 Market Street, Suite 900,
                 Philadelphia, PA 19103-4121
14187461*      +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
14293199*      +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
14293665*      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14306126*      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14306526*      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
                                                                                 TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-4          User: ChrissyW              Page 2 of 2                   Date Rcvd: Apr 09, 2020
                              Form ID: pdf900             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:

```
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Daryl H. Burge tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al.
               paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al.
               jodi.hause@phelanhallinan.com,  paeb@fedphe.com
              KERI P EBECK    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR GSMPS
               MORTGAGE LOAN TRUST 2004-3, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO
               WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for GSMPS
               Mortgage Loan Trust 2004-3, U.S. Bank National Association, as Trustee, Successor in Interest to
               Wachovia Bank, National Association, as Trustee kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Corporation bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al.
               paeb@fedphe.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association, As Trustee et.
               al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| DARYL H BURGE | Bankruptcy No. 18-11464-PMM |
| Debtor | |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 9, 2020**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE